## COMMONWEALTH of Pennsylvania, Respondent

v.

## Christian CONSTANTINI, Petitioner

### No. 146 WAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

## Paul Frank KATONKA, Petitioner

v.

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Pennsylvania Board of Probation and Parole, Respondents

### No. 118 WAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

## COMMONWEALTH of Pennsylvania, Respondent

v.

## Tyshawn PLOWDEN, Petitioner

### No. 137 WAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**